No. 68259.—Artiflor Mfg. Co. *v.* United States, protest 59/33277 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of nylon angels similar in use to manufactures of silk and following Abstract 67664 and *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JANUARY 23, 1964

No. 68260.—I. B. Cohen & Sons Corp. et al. *v.* United States, protests 60/18349, etc. (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of rubber bulb horns in chief value of metal, which are not parts of bicycles, the claim of the plaintiffs was sustained.